**01–1444.   Gilliand v. Michael.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1482.   Morris v. Brigano.**

In Habeas Corpus. On petition for writ of habeas corpus of Andre D. Morris. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1483.   State ex rel. Danzy v. Konteh.**

In Habeas Corpus. On petition for writ of habeas corpus of Theophilus T. Danzy III. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**01–1488.   Potts v. Bagley.**

In Habeas Corpus. On petition for writ of habeas corpus of Jeffery M. Potts. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1497.   State ex rel. Adelman v. Morgan.**

In Habeas Corpus. On petition for writ of habeas corpus of Richard G. Adelman. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1501.   State ex rel. Untied v. Hoffman.**

In Habeas Corpus. On petition for writ of habeas corpus of David M. Untied. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1523.   Hannah v. Ghee.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1550.   Davidson v. Ghee.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.